NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRED L. FELDER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7118

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1348, Judge Bruce E. Kasold.

---

## ORDER

Upon review of this recently docketed appeal, it appears that Fred L. Felder's appeal was not timely filed.

On November 9, 2009, the United States Court of Appeals for Veterans Claims entered judgment in Felder's case. The court received Felder's notice of appeal on July 15, 2010, 241 days after the date of judgment.

To be timely, a notice of appeal must be received by the Court of Appeals for Veterans Claims within 60 days of the entry of judgment. *See* 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1) Felder is directed to show cause, within 21 days of the date of filing of this order why this appeal should not be dismissed as untimely. The Secretary of Veterans Affairs may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

AUG 2 4 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Fred L. Felder
     Vincent D. Phillips, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK